**Raymond ZEITZ, Trustee, Appellee, v. Joseph F. MAGGIO, Appellant.**

No. 51.

Circuit Court of Appeals, Second Circuit.

Oct. 25, 1944.

Writ of Certiorari Denied Feb. 5, 1945.

See 65 S.Ct. 587.

Duberstein & Schwartz, of Brooklyn, N. Y. (Max Schwartz and Samuel C. Duberstein, both of Brooklyn, N. Y., on the brief), for appellant.

Samuel Bader, Glass & Lynch, and Benjamin Wicksel, all of New York City (Leslie Kirsch, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CLARK, Circuit Judges.

PER CURIAM.

Affirmed on authority of Robbins v. Gottbetter, 2 Cir., 134 F.2d 843, and Cohen v. Jeskowitz, 2 Cir., 144 F.2d 39.